IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA KOCH, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4857 |
| v. | : | |
| MACK TRUCKS, INC., | : | |
| Defendant. | : | |

## **JUDGMENT**

**AND NOW**, this 1st day of June, 2018, the plaintiff, Melissa Koch ("Koch"), having filed a complaint alleging, *inter alia*, the following claims against the defendant, Mack Trucks, Inc. ("Mack"): in Count I, gender discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"); in Count II, retaliation in violation of Title VII; in Count III, disability discrimination in violation of the Americans with Disabilities Act ("ADA"); in Count IV, discrimination and retaliation in violation of the Pennsylvania Human Relations Act ("PHRA"); in Count VI, pay discrimination in violation of the Equal Pay Act; and in Count VII, a violation of the Family Medical Leave Act, *see* Complaint, Doc. No. 1; and after holding a jury trial in which Koch voluntarily withdrew Counts VI and VII, *see* Trial Tr. Dec. 15, 2017, at 135–36, Doc. No. 102; and the jury having found for Koch on Counts I, II, and IV and for Mack on Count III, *see* Verdict Slip, Doc. No. 85; and pursuant to Counts I, II, and IV, the jury having awarded Koch $75,000 in compensatory damages and found, on an advisory basis, that Koch is entitled to $82,000 in back pay and $518,000 in front pay, *see id.*;

**AND AFTER CONSIDERING** the proposed findings of fact and conclusions of law as to Koch's proper back pay and front pay award filed by Koch (Doc. No. 90) and Mack (Doc. Nos. 91–92); and after hearing oral argument on the proper back pay and front pay award; and

for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. Judgment is entered for Koch and against Mack on Counts I, II, and IV for claims of discrimination and retaliation under Title VII and the PHRA. Pursuant to that judgment, Koch shall recover from Mack the sum of Seventy-Five Thousand Dollars ($75,000) in compensatory damages, Six Thousand Eight Hundred Twenty-Three Dollars and Eight Cents ($6,823.08) in back pay, and no front pay;

2. Judgment is entered for Mack and against Koch on Count III for claims of discrimination under the ADA; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.